IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CARLOS GILCHRIST, #22145-031                                PETITIONER

VERSUS                      CIVIL ACTION NO. 3:18-cv-396-TSL-RHW

CHERON NASH                                                 RESPONDENT

FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the memorandum opinion and order of dismissal issued this date and incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 is dismissed with prejudice as to the jurisdictional issue and without prejudice in all other respects.

SO ORDERED, this the   6th   day of November, 2018.

                                    /s/Tom S. Lee
                                    UNITED STATES DISTRICT JUDGE